IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALO WIRELESS, INC. | ) |
| | ) |
| v. | ) NO. 3-12-0680 |
| | ) JUDGE CAMPBELL |
| TENNESSEE REGULATORY | ) |
| AUTHORITY, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 22) and Objections filed by a Non-Party, Transcom Enhanced Services, Inc. (Docket No. 23).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Non-Party are well-taken, and the Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED with prejudice as to Plaintiff Halo Wireless, Inc. for failure to prosecute. Nothing about this ruling shall bind or be dispositive of the rights of Transcom Enhanced Services, Inc. in Case No. 3-12-0679.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE